**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MITCHELL LEE GIBSON,

    Defendant.

## DISCOVERY PROTECTIVE ORDER

**Blackburn, J.**

The matter is before me on the **United States' Unopposed Motion For a Discovery Protective Order** [#32][1] filed May 27, 2014. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States' Unopposed Motion For a Discovery Protective Order** [#32] filed May 27, 2014, is **GRANTED**;

2. That the government will provide defense counsel with a copy of discovery in this case. Defense counsel shall keep the discovery materials and any notes or other materials prepared based upon or referring to information in these materials in confidence and shall use them exclusively in connection with this case (including trial

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

preparation, trial, and appeals or other related legal proceedings) and for no other purpose;

     3.  That the discovery may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case.  Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information;

     4. That defense counsel and/or his staff shall make copies of discovery materials only as necessary to prepare a defense in this criminal case.  Defense counsel shall keep a written record concerning what items were copied, how many copies were made, to whom those copies were delivered, and the dates of delivery.  Defense counsel shall also deliver a copy of this Order with the materials.  No person other than defense counsel shall make any copy of these materials for any purpose whatsoever.  At the conclusion of the case in this court, by entry of the Court's judgment, counsel within ten days shall destroy all copies made pursuant to this Order;

     5.  That no copies of the discovery materials, with the exception of the defendant's own statements, shall be provided to the defendant, his family members, friends and associates under any circumstances without petition to and further order of the court;

     6.  That the defendant may be allowed to view of the discovery materials, but only while in the direct presence of the defense counsel or members of defense counsel's staff; and

7. That a copy of this order shall be kept with the records at all times.

Dated May 27, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge