### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 14-cr-00142-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MITCHELL LEE GIBSON,

      Defendant.

---

### ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIAL

**Blackburn, J.**

      The matter is before the court on the **Government's Motion For An Order Permitting Disclosure of Grand Jury Material To The Defense** [#37][1] filed November 5, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Government's Motion For An Order Permitting Disclosure of Grand Jury Material To The Defense** [#37] filed November 5, 2014, is **GRANTED**;

      2.  That pursuant to Rule 6(e)(3)(E)(i), the government **MAY** disclose Grand Jury materials to defense counsel of record in this case;

      3.  That in order to protect Grand Jury secrecy, defense counsel **SHALL MAKE**

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

only such copies as are necessary to prepare a defense in this criminal case;

    4.  That defense counsel **SHALL KEEP** a written record concerning how many copies were made, to whom those copies were delivered, or transmitted and the date of delivery or transmission;

    5.  That defense counsel **SHALL DELIVER OR TRANSMIT** a copy of this order with the materials;

    6.  That <u>no person, other than defense counsel, **SHALL MAKE** any copy of these materials for any purpose whatsoever</u>;

    7.  That at the conclusion of the case in this court, by entry of the court's judgment, counsel, within ten days, **SHALL COLLECT** all such copies, return them to the government, and file a certification of compliance with this order with the court; and

    8.  That copies of Grand Jury materials **MAY BE USED** only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

    Dated November 5, 2014, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge